UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANDREW DARIAN, ET AL.

VERSUS

LINDA ANDERSON, ET AL.

CIVIL ACTION

NO. 17-52-JJB-EWD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated July 14, 2017 (doc. no. 16) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this matter is DISMISSED WITHOUT PREJUDICE for lack of federal subject matter jurisdiction and/or failure to state a claim under 28 U.S.C. § 1915(e)(2)(B). Further, the pending Petition for Emergency Ex Parte Custody, Motion to Recuse Judge Jeff Cashe and Move Case to District Court Re: Andrew Darian vs. Rebecca Darian, and Motion to Disqualify Opposing Counse Wyman Banktston are TERMINATED.

. Signed in Baton Rouge, Louisiana, on August 2, 2017.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA